DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| 208P13 | State v. Stacy Lamar Chambers | Def"s *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA10-1101) | Denied<br><br>**Beasley, J., Recused** |
|---|---|---|---|
| 209P13 | In the Matter of: Wells Fargo Bank, NA, *via* their newly appointed Substitute Trustee: Grady I. Ingle or Elizabeth B. Ellis v. Myer and Dana Davis | Def's *Pro Se* Motion for Judicial Complaint | Dismissed |
| 212P13 | State v. Lionel A. Telfort | 1. Def's *Pro Se* PWC to Review Order of COA (COAP13-234)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Dismissed as Moot |
| 214P06-2 | State v. Richard Marlo Melvin | Def's *Pro Se* Motion for PDR (COAP12-646) | Dismissed |
| 214P13 | State v. Horace Lee Shelton | Def's *Pro Se* Motion for Petition for Actual Innocence (COA12-968) | Dismissed |
| 215P13 | State v. James E. Benefield | 1. Def's *Pro Se* Motion for NOA (COAP13-235)<br><br>2. Def's *Pro Se* Motion for PDR<br><br>3. Def's *Pro Se* PWC to Review Order of COA<br><br>4. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed<br><br>3. Denied<br><br>4. Dismissed as Moot |
| 217P13 | In the Matter of: Kevin McClain | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA12-1258) | Denied |
| 223P13 | State v. Sammy Davis Woods | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Alamance County<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed as Moot |